IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN HO,

        Plaintiff,

    v.

SAN MATEO INVESTMENT CO., et al.,

        Defendants.

NO. C13-4757 TEH

ORDER OF RECUSAL

I hereby recuse myself from the above-entitled action and request that the case be reassigned.

**IT IS SO ORDERED.**

Dated: 01/07/14

                                                                   _____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT